| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Mohammad Altaful Huq <br> First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–6138 <br> EIN: _ _ – _ _ _ _ _ _ _ |
| Debtor 2: <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _ <br> EIN: _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter:   11   8/30/17 |
| Case number: | 17–27607–MBK | Date case converted to chapter:   7   4/5/18 |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Mohammad Altaful Huq | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1039 Harmony Station Rd <br> Phillipsburg, NJ 08865–9580 | |
| 4. | **Debtor's attorney** <br> Name and address | Robert M. Rich <br> 25 Pompton Ave. <br> Verona, NJ 07044 | Contact phone (973) 239–2255 |
| 5. | **Bankruptcy trustee** <br> Name and address | Karen E. Bezner <br> 567 Park Avenue, Suite 103 <br> Scotch Plains, NJ 07076 | Contact phone (908) 322–8484 |

**For more information, see page 2 >**

| 6. **Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | 402 East State Street <br> Trenton, NJ 08608 <br> Additional information may be available at the Court's Web Site: <br> www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays) <br><br> Contact phone 609–858–9333 <br><br> Date: 4/5/18 |
|---|---|---|
| 7. **Meeting of creditors** <br><br> **Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.** <br><br> All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **May 11, 2018 at 10:30 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **Clarkson S. Fisher Federal Courthouse, 402 East State Street, Room 129, Trenton, NJ 08608–1507** |
| 8. **Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| 9. **Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). <br><br> **WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 7/10/18** |
| | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **2**

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-27607-MBK
Mohammad Altaful Huq                                                    Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Apr 05, 2018
                              Form ID: 309A            Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 07, 2018.
```
db             Mohammad Altaful Huq,    1039 Harmony Station Rd,    Phillipsburg, NJ 08865-9580
tr            +Karen E. Bezner,    567 Park Avenue, Suite 103,    Scotch Plains, NJ 07076-1754
517037801      170 Market St Associates,    110 W 34th St,    New York, NY 10001-2115
517037802      170 Market St Realty Assoc,    110 W 34th St Fl 9,    New York, NY 10001-2115
517037806      ASR Park Madison Urban Renewal,    111 Magee Ave,    Lavallette, NJ 08735-2225
517037807      AST Park Madison Urban Renewal LLC,    111 Magee Ave,    Lavallette, NJ 08735-2225
517037811      Bk of Amer,   4909 Savarese Cir,    Tampa, FL 33634-2413
517037813      Citi,    PO Box 6190,   Sioux Falls, SD 57117-6190
517037815    ++++DOCTOR'S ASSOCIATES INC,    325 SUB WAY,    MILFORD CT 06461-3081
               (address filed with court: Doctor's Associates Inc,     325 Bic Dr,    Milford, CT 06461-3072)
517037816    ++++DOCTORR'S ASSOCIATES, INC,    325 SUB WAY,    MILFORD CT 06461-3081
               (address filed with court: Doctorr's Associates, Inc,     325 Bic Dr,   Milford, CT 06461-3072)
517037818      NJ Div of Taxation,    50 Barrack St,    Trenton, NJ 08608-2006
517217908     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,     PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court: STATE OF NEW JERSEY,     DEPARTMENT OF THE TREASURY,
                DIVISION OF TAXATION,    P.O. BOX 245,    TRENTON, NJ 08695-0245)
517037819    ++++SUBWAQY REAL ESTATE LLC,    325 SUB WAY,    MILFORD CT 06461-3081
               (address filed with court: Subwaqy Real Estate LLC,     325 Bic Dr,    Milford, CT 06461-3072)
517037820    ++++SUBWAY REAL ESTATE CFORP,    325 SUB WAY,    MILFORD CT 06461-3081
               (address filed with court: Subway Real Estate CForp,     325 Bic Dr,    Milford, CT 06461-3072)
517037821    ++++SUBWAY REAL ESTATE LLC,    325 SUB WAY,    MILFORD CT 06461-3081
               (address filed with court: Subway Real Estate LLC,     325 Bic Dr,    Milford, CT 06461-3072)
517211681     +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: rrlaw@aol.com Apr 05 2018 23:27:08      Robert M. Rich,    25 Pompton Ave.,
                Verona, NJ 07044
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 05 2018 23:28:15      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 05 2018 23:28:11      United States Trustee,
                Office of the United States Trustee,     1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517068213      EDI: BECKLEE.COM Apr 06 2018 03:03:00      American Express Bank, FSB,    c/o Becket and Lee LLP,
                PO Box 3001,    Malvern PA 19355-0701
517037805      EDI: AMEREXPR.COM Apr 06 2018 03:04:00      Amex,    Correspondence,    PO Box 981540,
                El Paso, TX 79998-1540
517037804      EDI: AMEREXPR.COM Apr 06 2018 03:04:00      Amex,    PO Box 981537,    El Paso, TX 79998-1537
517037810      EDI: BANKAMER.COM Apr 06 2018 03:04:00      Bankamerica,    PO Box 982238,
                El Paso, TX 79998-2238
517037809      EDI: BANKAMER.COM Apr 06 2018 03:04:00      Bank of America,    NC4-102-03-14,   PO Box 26012,
                Greensboro, NC 27420-6012
517037808      EDI: BANKAMER.COM Apr 06 2018 03:04:00      Bank of America,    NC4-105-03-14,   PO Box 26012,
                Greensboro, NC 27420-6012
517037812      EDI: CHASE.COM Apr 06 2018 03:04:00      Chase Card,    PO Box 15298,
                Wilmington, DE 19850-5298
517037814      E-mail/Text: B@directcapital.com Apr 05 2018 23:29:16      Direct Capital,    155 Commerce Way,
                Portsmouth, NH 03801-3243
517037817      EDI: IRS.COM Apr 06 2018 03:04:00      IRS,    200 Sheffield St,    Mountainside, NJ 07092-2314
517043259     +EDI: RMSC.COM Apr 06 2018 03:04:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
517271457     +EDI: RMSC.COM Apr 06 2018 03:04:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk VA 23541-1021
517037822      EDI: TFSR.COM Apr 06 2018 03:03:00      Toyota Motor Credit,    4 Gatehall Dr Ste 350,
                Parsippany, NJ 07054-4522
517037823      EDI: TFSR.COM Apr 06 2018 03:03:00      Toyota Motor Credit Co,    Toyota Financial Services,
                PO Box 8026,    Cedar Rapids, IA 52408-8026
                                                                                              TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517185199*    +IRS,   POB 7346,    Philadelphia, PA 19101-7346
517037803     ##Acb Receivables Mngmt,    19 Main St,    Asbury Park, NJ 07712-7012
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Apr 05, 2018
                              Form ID: 309A            Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2018 at the address(es) listed below:
```
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Karen E. Bezner    Kbez@bellatlantic.net,    NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
               kmcdonald@blankrome.com,    bkgroup@kmllawgroup.com
              Lauren   Bielskie    on behalf of U.S. Trustee    United States Trustee lauren.bielskie@usdoj.gov
              Robert M. Rich    on behalf of Debtor Mohammad Altaful Huq rrlaw@aol.com,
               G14833@notify.cincompass.com,carmelita.rrlaw@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 7
```