

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1( b)**

Denise Carlon
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
Toyota Motor Credit Corporation

Order Filed on April 18, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
    Huq, Mohammad Altaful

Case No.:  17-27607
Chapter    13
Judge:     Michael B. Kaplan

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: April 18, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

[Type text]

Upon the motion of Toyota Motor Credit Corporation, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐　　Real Property More Fully Described as:

■　　Personal Property More Fully Describes as:

**2012 TOYOTA PRIUS PLUG, VIN: JTDKN3DP9C3019619**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*