ROBERT M. RICH (RR1088)
25 Pompton Avenue
Verona, NJ  07044
(973)239-2255
Attorney for Debtor

|  | |
|---|---|
| In Re: | :UNITED STATES BANKRUPTCY COURT<br>:DISTRICT OF NEW JERSEY<br>:CASE NO:  17-27607<br>:Hearing Date: |
| MOHAMMAD ALTAFUL HUQ, | :JUDGE:<br>: |
| Debtor. | :   NOTICE OF MOTION<br>: |

TO:  United States Trustee
     One Newark Center-21st Floor
     Newark, NJ  07102

     United States Bankruptcy Clerk
     50 Walnut Street
     Newark, NJ  07102

GENTLEMEN:

PLEASE TAKE NOTICE that the undersigned, attorney for the debtor, Mohammad Altaful Huq, shall apply before the Hon. Michael B. Kaplan at the United States Bankruptcy Court, Clarkson S. Fisher US Courthouse, 402 E. State Street, Trenton, New Jersey, on a date scheduled by the Court for an Order

vacating the Order converting this matter to a Chapter 7 of the United States Bankruptcy Code and re-converting this matter to Chapter 13, as well as providing that the debtor shall file all necessary amendments and schedules within 10 days of the Order in this application being granted.

The undersigned will rely upon the Certification of Robert M. Rich, Esq. in support of this application.

/s/Robert M. Rich
_____
ROBERT M. RICH
Attorney for Debtor

Dated:  May 4, 2018

## CERTIFICATION OF MAILING

ROBERT M. RICH, of full age, certifies as follows:

1. I am the attorney for debtor in the within matter.

2. On May 4, 2018, I emailed the Notice of Motion, Certification and Order to the following:

> United States Trustee
> One Newark Center-21st Floor
> Newark, NJ  07102

> United States Bankruptcy Clerk
> 50 Walnut Street
> Newark, NJ  07102

3. I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


/s/Robert M. Rich
ROBERT M. RICH