Form 169 – ntccovert

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−27607−MBK
Chapter: 7
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mohammad Altaful Huq
   1039 Harmony Station Rd
   Phillipsburg, NJ 08865−9580

Social Security No.:
   xxx−xx−6138

Employer's Tax I.D. No.:

**NOTICE OF HEARING
ON APPLICATION/MOTION TO CONVERT CASE**

   An application/motion to convert the above−captioned case from Chapter 7 to Chapter 13, has been filed by Debtor Mohammad Huq.

   Notice is hereby given that the Court will conduct a hearing on this matter to determine the application/motion for conversion before the Honorable Michael B. Kaplan on:

Date:             June 11, 2018
Time:                10:00 AM
Location:         Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507


Dated: May 17, 2018
JAN:

                                             Jeanne Naughton
                                             Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-27607-MBK
Mohammad Altaful Huq                                                    Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2            Date Rcvd: May 17, 2018
                              Form ID: 169             Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2018.
```
db          Mohammad Altaful Huq,   1039 Harmony Station Rd,   Phillipsburg, NJ  08865-9580
517037801   170 Market St Associates,   110 W 34th St,   New York, NY  10001-2115
517037802   170 Market St Realty Assoc,   110 W 34th St Fl 9,   New York, NY  10001-2115
517037806   ASR Park Madison Urban Renewal,   111 Magee Ave,   Lavallette, NJ  08735-2225
517037807   AST Park Madison Urban Renewal LLC,   111 Magee Ave,   Lavallette, NJ  08735-2225
517068213   American Express Bank, FSB,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
517037805   Amex,   Correspondence,   PO Box 981540,   El Paso, TX  79998-1540
517037804   Amex,   PO Box 981537,   El Paso, TX  79998-1537
517037810  ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
            (address filed with court: Bankamerica,   PO Box 982238,   El Paso, TX  79998-2238)
517037811   Bk of Amer,   4909 Savarese Cir,   Tampa, FL  33634-2413
517037812   Chase Card,   PO Box 15298,   Wilmington, DE  19850-5298
517037813   Citi,   PO Box 6190,   Sioux Falls, SD  57117-6190
517037815 ++++DOCTOR'S ASSOCIATES INC,   325 SUB WAY,   MILFORD CT  06461-3081
            (address filed with court: Doctor's Associates Inc,   325 Bic Dr,   Milford, CT  06461-3072)
517037816 ++++DOCTORR'S ASSOCIATES, INC,   325 SUB WAY,   MILFORD CT  06461-3081
            (address filed with court: Doctorr's Associates, Inc,   325 Bic Dr,   Milford, CT  06461-3072)
517037818   NJ Div of Taxation,   50 Barrack St,   Trenton, NJ  08608-2006
517217908  ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
             TRENTON NJ 08646-0245
            (address filed with court: STATE OF NEW JERSEY,   DEPARTMENT OF THE TREASURY,
             DIVISION OF TAXATION,   P.O. BOX 245,   TRENTON, NJ 08695-0245)
517037819 ++++SUBWAQY REAL ESTATE LLC,   325 SUB WAY,   MILFORD CT  06461-3081
            (address filed with court: Subwaqy Real Estate LLC,   325 Bic Dr,   Milford, CT  06461-3072)
517037820 ++++SUBWAY REAL ESTATE CFORP,   325 SUB WAY,   MILFORD CT  06461-3081
            (address filed with court: Subway Real Estate CForp,   325 Bic Dr,   Milford, CT  06461-3072)
517037821 ++++SUBWAY REAL ESTATE LLC,   325 SUB WAY,   MILFORD CT  06461-3081
            (address filed with court: Subway Real Estate LLC,   325 Bic Dr,   Milford, CT  06461-3072)
517037822  ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
            (address filed with court: Toyota Motor Credit,   4 Gatehall Dr Ste 350,
             Parsippany, NJ  07054-4522)
517211681   +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov May 17 2018 22:58:29     U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 17 2018 22:58:27     United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
517037814    E-mail/Text: B@directcapital.com May 17 2018 22:59:16     Direct Capital,   155 Commerce Way,
             Portsmouth, NH  03801-3243
517037817    E-mail/Text: cio.bncmail@irs.gov May 17 2018 22:58:10     IRS,   200 Sheffield St,
             Mountainside, NJ  07092-2314
517043259   +E-mail/PDF: gecsedi@recoverycorp.com May 17 2018 22:59:41     Synchrony Bank,
             c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517271457   +E-mail/PDF: gecsedi@recoverycorp.com May 17 2018 23:00:33     Synchrony Bank,
             c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk VA 23541-1021
517471232   +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 17 2018 22:58:27     United States Trustee,
             One Newark Center,   Suite 2100,   Newark, NJ 07102-5235
                                                                                             TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517185199*   +IRS,   POB 7346,   Philadelphia, PA 19101-7346
517037823*  ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
            (address filed with court: Toyota Motor Credit Co,   Toyota Financial Services,   PO Box 8026,
             Cedar Rapids, IA  52408-8026)
517037803   ##Acb Receivables Mngmt,   19 Main St,   Asbury Park, NJ  07712-7012
517037809   ##Bank of America,   NC4-102-03-14,   PO Box 26012,   Greensboro, NC  27420-6012
517037808   ##Bank of America,   NC4-105-03-14,   PO Box 26012,   Greensboro, NC  27420-6012
                                                                                 TOTALS: 0, * 2, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: May 17, 2018
                              Form ID: 169             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2018 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Karen E. Bezner    Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
          Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
           kmcdonald@blankrome.com, bkgroup@kmllawgroup.com
          Lauren Bielskie    on behalf of U.S. Trustee    United States Trustee lauren.bielskie@usdoj.gov
          Robert M. Rich    on behalf of Debtor Mohammad Altaful Huq rrlaw@aol.com,
           G14833@notify.cincompass.com,carmelita.rrlaw@gmail.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 6
```