**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
402 East State Street
Trenton, NJ 08608
Telephone number: 609−858−9333

Honorable Michael B. Kaplan, U.S. Bankruptcy Judge

| **CASE NUMBER:** 17−27607−MBK | **DATE FILED::** 8/30/17 |
|---|---|
| In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): Mohammad Altaful Huq xxx−xx−6138 | ADDRESS OF DEBTOR(S): 1039 Harmony Station Rd Phillipsburg, NJ 08865−9580 |
| DEBTOR'S ATTORNEY: Robert M. Rich 25 Pompton Ave. Verona, NJ 07044 (973) 239−2255 | TRUSTEE: Karen E. Bezner 567 Park Avenue, Suite 103 Scotch Plains, NJ 07076 (908) 322−8484 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

8/29/18

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: June 4, 2018

FOR THE COURT
Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 17-27607-MBK
Mohammad Altaful Huq                                                                    Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                  Page 1 of 2              Date Rcvd: Jun 04, 2018
                              Form ID: noa                 Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 06, 2018.
db              Mohammad Altaful Huq,    1039 Harmony Station Rd,    Phillipsburg, NJ  08865-9580
517037801       170 Market St Associates,    110 W 34th St,   New York, NY  10001-2115
517037802       170 Market St Realty Assoc,    110 W 34th St Fl 9,   New York, NY  10001-2115
517037806       ASR Park Madison Urban Renewal,    111 Magee Ave,   Lavallette, NJ  08735-2225
517037807       AST Park Madison Urban Renewal LLC,    111 Magee Ave,   Lavallette, NJ  08735-2225
517037811       Bk of Amer,   4909 Savarese Cir,    Tampa, FL  33634-2413
517037813       Citi,   PO Box 6190,   Sioux Falls, SD  57117-6190
517037815       ++++DOCTOR'S ASSOCIATES INC,    325 SUB WAY,   MILFORD CT  06461-3081
                (address filed with court:   Doctor's Associates Inc,    325 Bic Dr,   Milford, CT  06461-3072)
517037816       ++++DOCTORR'S ASSOCIATES, INC,    325 SUB WAY,   MILFORD CT  06461-3081
                (address filed with court:   Doctorr's Associates, Inc,    325 Bic Dr,   Milford, CT  06461-3072)
517037818       NJ Div of Taxation,    50 Barrack St,   Trenton, NJ  08608-2006
517217908       ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   STATE OF NEW JERSEY,    DEPARTMENT OF THE TREASURY,
                 DIVISION OF TAXATION,   P.O. BOX 245,    TRENTON, NJ 08695-0245)
517037819       ++++SUBWAQY REAL ESTATE LLC,    325 SUB WAY,   MILFORD CT  06461-3081
                (address filed with court:   Subwaqy Real Estate LLC,    325 Bic Dr,   Milford, CT  06461-3072)
517037820       ++++SUBWAY REAL ESTATE CFORP,    325 SUB WAY,   MILFORD CT  06461-3081
                (address filed with court:   Subway Real Estate CForp,    325 Bic Dr,   Milford, CT  06461-3072)
517037821       ++++SUBWAY REAL ESTATE LLC,    325 SUB WAY,   MILFORD CT  06461-3081
                (address filed with court:   Subway Real Estate LLC,    325 Bic Dr,   Milford, CT  06461-3072)
517211681      +Toyota Motor Credit Corporation,    PO Box 9013,   Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 04 2018 23:34:22      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 04 2018 23:34:19      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517068213       EDI: BECKLEE.COM Jun 05 2018 02:53:00      American Express Bank, FSB,   c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern  PA 19355-0701
517037805       EDI: AMEREXPR.COM Jun 05 2018 02:53:00      Amex,   Correspondence,   PO Box 981540,
                 El Paso, TX  79998-1540
517037804       EDI: AMEREXPR.COM Jun 05 2018 02:53:00      Amex,   PO Box 981537,   El Paso, TX  79998-1537
517037810       EDI: BANKAMER.COM Jun 05 2018 02:53:00      Bankamerica,   PO Box 982238,
                 El Paso, TX  79998-2238
517037809       EDI: BANKAMER.COM Jun 05 2018 02:53:00      Bank of America,   NC4-102-03-14,   PO Box 26012,
                 Greensboro, NC  27420-6012
517037808       EDI: BANKAMER.COM Jun 05 2018 02:53:00      Bank of America,   NC4-105-03-14,   PO Box 26012,
                 Greensboro, NC  27420-6012
517037812       EDI: CHASE.COM Jun 05 2018 03:03:00      Chase Card,   PO Box 15298,
                 Wilmington, DE  19850-5298
517037814       E-mail/Text: B@directcapital.com Jun 04 2018 23:34:59      Direct Capital,   155 Commerce Way,
                 Portsmouth, NH  03801-3243
517037817       EDI: IRS.COM Jun 05 2018 02:53:00      IRS,   200 Sheffield St,   Mountainside, NJ  07092-2314
517043259      +EDI: RMSC.COM Jun 05 2018 02:53:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
517271457      +EDI: RMSC.COM Jun 05 2018 02:53:00      Synchrony Bank,   c/o PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk VA 23541-1021
517037822       EDI: TFSR.COM Jun 05 2018 02:53:00      Toyota Motor Credit,   4 Gatehall Dr Ste 350,
                 Parsippany, NJ  07054-4522
517037823       EDI: TFSR.COM Jun 05 2018 02:53:00      Toyota Motor Credit Co,   Toyota Financial Services,
                 PO Box 8026,   Cedar Rapids, IA  52408-8026
517471232      +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 04 2018 23:34:19      United States Trustee,
                 One Newark Center,   Suite 2100,   Newark, NJ 07102-5235
                                                                                              TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517185199*     +IRS,   POB 7346,   Philadelphia, PA 19101-7346
517037803     ##Acb Receivables Mngmt,    19 Main St,   Asbury Park, NJ  07712-7012
                                                                                   TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

```
District/off: 0312-3          User: admin              Page 2 of 2                Date Rcvd: Jun 04, 2018
                              Form ID: noa             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 31, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Karen E. Bezner    Kbez@bellatlantic.net,    NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
               NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
               kmcdonald@blankrome.com,   bkgroup@kmllawgroup.com
              Lauren Bielskie    on behalf of U.S. Trustee    United States Trustee lauren.bielskie@usdoj.gov
              Robert M. Rich    on behalf of Debtor Mohammad Altaful Huq rrlaw@aol.com,
               G14833@notify.cincompass.com,carmelita.rrlaw@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```