UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

In Re:

Mohammad Altaful Huq

Order Filed on June 14, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-27607

Hearing Date: 6/11/2018

Judge: Michael B. Kaplan

Chapter: 7

Recommended Local Form:   ☑ Followed   ☐ Modified

# ORDER DENYING MOTION

## TO CONVERT CASE TO A CHAPTER 13

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 14, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

A motion or application having been filed on _____5/16_____, 20 _18_ by _Robert M. Rich_____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*