UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**KAREN E. BEZNER, ESQ.**
567 Park Avenue, Suite 103
Scotch Plains, New Jersey 07076
(908) 322-8484
Attorney for Karen E. Bezner, Trustee

Karen E. Bezner
KB 5770

In Re:

MOHAMMAD ALTAFUL HUQ,

Case No.: 17-27607

Judge: Hon. Michael B. Kaplan, U.S.B.J.

Order Filed on July 31, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## ORDER EXTENDING TIME TO OBJECT TO DEBTOR'S DISCHARGE

The relief set forth on the following pages, numbered two (2) through _____ is
hereby **ORDERED**.

**DATED: July 31, 2018**

_____
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtor: Mohammad Altaful Huq
Case No.: 17-27607 (MBK)
Caption of Order: Order Extending Time To Object To Debtor's Discharge

_____

**ORDERED** that the time within which Karen E. Bezner, Trustee may file a complaint objecting to the

debtor's discharge pursuant to 11 U.S.C. Section 727 of the Bankruptcy Code, be and  the same is hereby

extended for a period of ninety (90) days, or through October 8, 2018.