UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**KAREN E. BEZNER, ESQ.**
567 Park Avenue, Suite 103
Scotch Plains, New Jersey 07076
(908) 322-8484
Attorney for Karen E. Bezner, Trustee

Karen E. Bezner
KB 5770

In Re:

MOHAMMAD ALTAFUL HUQ,

Case No.: 17-27607

**Order Filed on July 31, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Judge: Hon. Michael B. Kaplan, U.S.B.J.

## ORDER EXTENDING TIME TO OBJECT TO DEBTOR'S DISCHARGE

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

**DATED: July 31, 2018**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
Debtor: Mohammad Altaful Huq
Case No.: 17-27607 (MBK)
Caption of Order: Order Extending Time To Object To Debtor's Discharge

---

**ORDERED** that the time within which Karen E. Bezner, Trustee may file a complaint objecting to the debtor's discharge pursuant to 11 U.S.C. Section 727 of the Bankruptcy Code, be and the same is hereby extended for a period of ninety (90) days, or through October 8, 2018.

United States Bankruptcy Court
District of New Jersey

In re:  
Mohammad Altaful Huq  
     Debtor

Case No. 17-27607-MBK  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Jul 31, 2018  
                       Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2018.  
db          Mohammad Altaful Huq,    1039 Harmony Station Rd,    Phillipsburg, NJ   08865-9580

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2018 at the address(es) listed below:
           Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation  
            dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
           Karen E. Bezner     Kbez@bellatlantic.net,    NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com  
           Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,  
            NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com  
           Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation  
            kmcdonald@blankrome.com,    bkgroup@kmllawgroup.com  
           Lauren Bielskie    on behalf of U.S. Trustee    United States Trustee lauren.bielskie@usdoj.gov  
           Robert M. Rich    on behalf of Debtor Mohammad Altaful Huq rrlaw@aol.com,  
            G14833@notify.cincompass.com,carmelita.rrlaw@gmail.com  
           U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                     TOTAL: 7