**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Mohammad Altaful Huq<br>First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–6138<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   17–27607–MBK

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Mohammad Altaful Huq

12/26/18                                          **By the court:**   Michael B. Kaplan
                                                                     United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 17-27607-MBK
Mohammad Altaful Huq                                                                Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Dec 26, 2018
                              Form ID: 318             Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 28, 2018.
db             Mohammad Altaful Huq,    1039 Harmony Station Rd,    Phillipsburg, NJ  08865-9580
r             +Partners Realty Group,    321 Main St.,    Woodbridge, NJ 07095-1225
517037801      170 Market St Associates,    110 W 34th St,    New York, NY  10001-2115
517037802      170 Market St Realty Assoc,    110 W 34th St Fl 9,    New York, NY  10001-2115
517037806      ASR Park Madison Urban Renewal,    111 Magee Ave,    Lavallette, NJ  08735-2225
517037807      AST Park Madison Urban Renewal LLC,    111 Magee Ave,    Lavallette, NJ  08735-2225
517037811      Bk of Amer,    4909 Savarese Cir,    Tampa, FL  33634-2413
517037813      Citi,    PO Box 6190,    Sioux Falls, SD  57117-6190
517037815     ++++DOCTOR'S ASSOCIATES INC,    325 SUB WAY,    MILFORD CT  06461-3081
              (address filed with court:  Doctor's Associates Inc,    325 Bic Dr,    Milford, CT  06461-3072)
517037816     ++++DOCTORR'S ASSOCIATES, INC,    325 SUB WAY,    MILFORD CT  06461-3081
              (address filed with court:  Doctorr's Associates, Inc,    325 Bic Dr,    Milford, CT  06461-3072)
517037818      NJ Div of Taxation,    50 Barrack St,    Trenton, NJ  08608-2006
517217908     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court:  STATE OF NEW JERSEY,    DEPARTMENT OF THE TREASURY,
                DIVISION OF TAXATION,    P.O. BOX 245,    TRENTON, NJ 08695-0245)
517037819     ++++SUBWAQY REAL ESTATE LLC,    325 SUB WAY,    MILFORD CT  06461-3081
              (address filed with court:  Subwaqy Real Estate LLC,    325 Bic Dr,    Milford, CT  06461-3072)
517037820     ++++SUBWAY REAL ESTATE CFORP,    325 SUB WAY,    MILFORD CT  06461-3081
              (address filed with court:  Subway Real Estate CForp,    325 Bic Dr,    Milford, CT  06461-3072)
517037821     ++++SUBWAY REAL ESTATE LLC,    325 SUB WAY,    MILFORD CT  06461-3081
              (address filed with court:  Subway Real Estate LLC,    325 Bic Dr,    Milford, CT  06461-3072)
517211681     +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 26 2018 22:10:42      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 26 2018 22:10:41      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517068213      EDI: BECKLEE.COM Dec 27 2018 03:08:00      American Express Bank, FSB,    c/o Becket and Lee LLP,
                PO Box 3001,    Malvern PA 19355-0701
517037805      EDI: AMEREXPR.COM Dec 27 2018 03:08:00      Amex,    Correspondence,    PO Box 981540,
                El Paso, TX  79998-1540
517037804      EDI: AMEREXPR.COM Dec 27 2018 03:08:00      Amex,    PO Box 981537,    El Paso, TX  79998-1537
517037810      EDI: BANKAMER.COM Dec 27 2018 03:08:00      Bankamerica,    PO Box 982238,
                El Paso, TX  79998-2238
517037809      EDI: BANKAMER.COM Dec 27 2018 03:08:00      Bank of America,    NC4-102-03-14,    PO Box 26012,
                Greensboro, NC  27420-6012
517037808      EDI: BANKAMER.COM Dec 27 2018 03:08:00      Bank of America,    NC4-105-03-14,    PO Box 26012,
                Greensboro, NC  27420-6012
517037812      EDI: CHASE.COM Dec 27 2018 03:08:00      Chase Card,    PO Box 15298,
                Wilmington, DE  19850-5298
517037814      E-mail/Text: B@directcapital.com Dec 26 2018 22:10:50      Direct Capital,    155 Commerce Way,
                Portsmouth, NH  03801-3243
517037817      EDI: IRS.COM Dec 27 2018 03:08:00      IRS,    200 Sheffield St,    Mountainside, NJ  07092-2314
517729736     +E-mail/Text: bncmail@w-legal.com Dec 26 2018 22:10:45      SYNCHRONY BANK,
                c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
517043259     +EDI: RMSC.COM Dec 27 2018 03:08:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
517271457     +EDI: RMSC.COM Dec 27 2018 03:08:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk VA 23541-1021
517037822      EDI: TFSR.COM Dec 27 2018 03:08:00      Toyota Motor Credit,    4 Gatehall Dr Ste 350,
                Parsippany, NJ  07054-4522
517037823      EDI: TFSR.COM Dec 27 2018 03:08:00      Toyota Motor Credit Co,    Toyota Financial Services,
                PO Box 8026,    Cedar Rapids, IA  52408-8026
517471232     +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 26 2018 22:10:41      United States Trustee,
                One Newark Center,    Suite 2100,    Newark, NJ 07102-5235
                                                                                              TOTAL: 17

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517185199*       +IRS,   POB 7346,    Philadelphia, PA 19101-7346
517037803       ##Acb Receivables Mngmt,    19 Main St,    Asbury Park, NJ  07712-7012
                                                                                      TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Dec 26, 2018
                              Form ID: 318             Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 26, 2018 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Karen E. Bezner    Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
               NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
               kmcdonald@blankrome.com, bkgroup@kmllawgroup.com
              Lauren  Bielskie    on behalf of U.S. Trustee    United States Trustee lauren.bielskie@usdoj.gov
              Robert M. Rich    on behalf of Debtor Mohammad Altaful Huq rrlaw@aol.com,
               G14833@notify.cincompass.com,carmelita.rrlaw@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7
```