UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 17-27607 |
| Mohammad Altaful Huq | Chapter: 7 |
| | Judge: MBK |

## NOTICE OF PROPOSED PRIVATE SALE

__Karen E. Bezner__, __Chapter 7 Trustee__, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk: Jeanne A. Naughton, Clerk
United States Bankruptcy Court
402 East State Street
Trenton, New Jersey 08608

If an objection is filed, a hearing will be held before the Honorable __Michael B. Kaplan, U.S.B.J.__ on __June 3, 2019__ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __8__, __402 East State Street, Trenton, NJ 08608__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: 487 Townsend Court, Unit 2487, Piscataway, New Jersey

Proposed Purchaser: Ping C. Cai

Sale price: $255,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional: Partners Realty Group
Amount to be paid: Total: $15,300.00
Services rendered: Listing and sale of real property

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name:  Karen E. Bezner, Trustee     /s/  Karen E. Bezner

Address:  567 Park Avenue, Suite 103, Scotch Plains, New Jersey  07076

Telephone No.:  (908) 322-8484

*rev.8/1/15*

2

```
                            United States Bankruptcy Court
                                 District of New Jersey
In re:                                                           Case No. 17-27607-MBK
Mohammad Altaful Huq                                             Chapter 7
        Debtor               CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                 Page 1 of 2          Date Rcvd: May 02, 2019
                              Form ID: pdf905             Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 04, 2019.
db             Mohammad Altaful Huq,    1039 Harmony Station Rd,    Phillipsburg, NJ 08865-9580
r             +Partners Realty Group,    321 Main St.,    Woodbridge, NJ 07095-1225
517037801      170 Market St Associates,    110 W 34th St,    New York, NY 10001-2115
517037802      170 Market St Realty Assoc,    110 W 34th St Fl 9,    New York, NY 10001-2115
517037806      ASR Park Madison Urban Renewal,    111 Magee Ave,    Lavallette, NJ 08735-2225
517037807      AST Park Madison Urban Renewal LLC,    111 Magee Ave,    Lavallette, NJ 08735-2225
517068213      American Express Bank, FSB,   c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
517037805      Amex,   Correspondence,   PO Box 981540,    El Paso, TX 79998-1540
517037804      Amex,   PO Box 981537,   El Paso, TX 79998-1537
517037810    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bankamerica,    PO Box 982238,    El Paso, TX 79998-2238)
517037811      Bk of Amer,    4909 Savarese Cir,    Tampa, FL 33634-2413
517037812      Chase Card,   PO Box 15298,    Wilmington, DE 19850-5298
517037813      Citi,   PO Box 6190,   Sioux Falls, SD 57117-6190
517037815   ++++DOCTOR'S ASSOCIATES INC,    325 SUB WAY,    MILFORD CT 06461-3081
              (address filed with court: Doctor's Associates Inc,    325 Bic Dr,   Milford, CT 06461-3072)
517037816   ++++DOCTORR'S ASSOCIATES, INC,    325 SUB WAY,    MILFORD CT 06461-3081
              (address filed with court: Doctorr's Associates, Inc,    325 Bic Dr,   Milford, CT 06461-3072)
517037818      NJ Div of Taxation,   50 Barrack St,    Trenton, NJ 08608-2006
517217908    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court: STATE OF NEW JERSEY,    DEPARTMENT OF THE TREASURY,
                DIVISION OF TAXATION,    P.O. BOX 245,    TRENTON, NJ 08695-0245)
517037819   ++++SUBWAQY REAL ESTATE LLC,    325 SUB WAY,    MILFORD CT 06461-3081
              (address filed with court: Subwaqy Real Estate LLC,    325 Bic Dr,   Milford, CT 06461-3072)
517037820   ++++SUBWAY REAL ESTATE CFORP,    325 SUB WAY,    MILFORD CT 06461-3081
              (address filed with court: Subway Real Estate CForp,    325 Bic Dr,   Milford, CT 06461-3072)
517037821   ++++SUBWAY REAL ESTATE LLC,    325 SUB WAY,    MILFORD CT 06461-3081
              (address filed with court: Subway Real Estate LLC,    325 Bic Dr,   Milford, CT 06461-3072)
517037822    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit,    4 Gatehall Dr Ste 350,
                Parsippany, NJ 07054-4522)
517211681     +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 03 2019 00:39:23     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 03 2019 00:39:20     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517037814      E-mail/Text: B@directcapital.com May 03 2019 00:40:18     Direct Capital,   155 Commerce Way,
                Portsmouth, NH 03801-3243
517037817      E-mail/Text: cio.bncmail@irs.gov May 03 2019 00:38:41     IRS,   200 Sheffield St,
                Mountainside, NJ 07092-2314
517729736     +E-mail/Text: bncmail@w-legal.com May 03 2019 00:39:33     SYNCHRONY BANK,
                c/o Weinstein & Riley, PS,   2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
517043259     +E-mail/PDF: gecsedi@recoverycorp.com May 03 2019 00:42:27     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517271457     +E-mail/PDF: gecsedi@recoverycorp.com May 03 2019 00:40:57     Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk VA 23541-1021
517471232     +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 03 2019 00:39:20     United States Trustee,
                One Newark Center,   Suite 2100,    Newark, NJ 07102-5235
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517185199*    +IRS,   POB 7346,   Philadelphia, PA 19101-7346
517037823*   ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit Co,    Toyota Financial Services,   PO Box 8026,
                Cedar Rapids, IA 52408-8026)
517037803    ##Acb Receivables Mngmt,    19 Main St,   Asbury Park, NJ 07712-7012
517037809    ##Bank of America,   NC4-102-03-14,    PO Box 26012,   Greensboro, NC 27420-6012
517037808    ##Bank of America,   NC4-105-03-14,    PO Box 26012,   Greensboro, NC 27420-6012
                                                                             TOTALS: 0, * 2, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: May 02, 2019
                              Form ID: pdf905          Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2019 at the address(es) listed below:

```
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Karen E. Bezner    Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
          Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
           NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
          Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
           kmcdonald@blankrome.com, bkgroup@kmllawgroup.com
          Lauren Bielskie    on behalf of U.S. Trustee    United States Trustee lauren.bielskie@usdoj.gov
          Robert M. Rich    on behalf of Debtor Mohammad Altaful Huq rrlaw@aol.com,
           G14833@notify.cincompass.com,carmelita.rrlaw@gmail.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```