UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**KAREN E. BEZNER, ESQ.**
567 Park Avenue, Suite 103
Scotch Plains, New Jersey 07076
(908) 322-8484
Attorney for Karen E. Bezner, Trustee

Karen E. Bezner
KB 5770

In Re:

MOHAMMAD ALTAFUL HUQ,

**Order Filed on June 14, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 17-27607

Judge: Hon. Michael B. Kaplan, U.S.B.J.

## ORDER AUTHORIZING SALE OF REAL PROPERTY AND OTHER RELIEF

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

**DATED: June 14, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
Debtor: Mohammad Altaful Huq
Case No.: 17-27607 (MBK)
Caption of Order: Order Authorizing Sale of Real Property And Other Relief

---

**ORDERED** that:

1) Karen E. Bezner, Chapter 7 trustee is authorized to sell the real property at 487 Townsend Court, Unit 2487, Piscataway, New Jersey 08854 to Ms. Ping C. Cai for the purchase price of $255,000.00.

2) The trustee is authorized to pay the 6% broker commission due to Partners Realty Group at closing, in the amount of $15,300.00.

3) The trustee is entitled to sell the property free and clear of the lien claimed by the State of New Jersey, Division of Taxation. Said lien DJ-194413-17 is hereby stricken for purposes of closing on the sale. The trustee shall pay the State of New Jersey, Division of Taxation the sum of $311.70 at closing. The remaining secured portion of $13,366.61 shall be reclassified as a priority unsecured claim, for a total priority unsecured claim of $34,243.28.

4) Pursuant to 11 U.S.C. Section 724(b), the trustee is entitled to avoid the lien asserted on the property by the Internal Revenue Service to the extent necessary to pay expenses of administration pursuant to 11 U.S.C. Section 507(a). Said tax liens are hereby stricken for purposes of closing on the sale.

5) The Court finds that this sale is proposed in good faith and fair value, and otherwise qualifies for approval pursuant to In re Abbotts Dairies of Pennsylvania, Inc., 788 F.2d 143, 147 (3d Cir. 1986).

6) As requested by the trustee and to reduce the hardship to the purchaser, the court hereby waives the 14-day stay provided by Bankruptcy Rule 6004(h).