UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**KAREN E. BEZNER, ESQ.**
567 Park Avenue, Suite 103
Scotch Plains, New Jersey 07076
(908) 322-8484
Attorney for Karen E. Bezner, Trustee

Karen E. Bezner
KB 5770

In Re:

MOHAMMAD ALTAFUL HUQ,

**Order Filed on June 14, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 17-27607

Judge: Hon. Michael B. Kaplan, U.S.B.J.

### ORDER AUTHORIZING SALE OF REAL PROPERTY AND OTHER RELIEF

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

**DATED: June 14, 2019**

*Honorable Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor: Mohammad Altaful Huq
Case No.: 17-27607 (MBK)
Caption of Order: Order Authorizing Sale of Real Property And Other Relief

---

**ORDERED** that:

1)   Karen E. Bezner, Chapter 7 trustee is authorized to sell the real property at 487 Townsend Court, Unit 2487, Piscataway, New Jersey 08854 to Ms. Ping C. Cai for the purchase price of $255,000.00.

2)   The trustee is authorized to pay the 6% broker commission due to Partners Realty Group at closing, in the amount of $15,300.00.

3)   The trustee is entitled to sell the property free and clear of the lien claimed by the State of New Jersey, Division of Taxation.  Said lien DJ-194413-17 is hereby stricken for purposes of closing on the sale.  The trustee shall pay the State of New Jersey, Division of Taxation the sum of $311.70 at closing.  The remaining secured portion of $13,366.61 shall be reclassified as a priority unsecured claim, for a total priority unsecured claim of $34,243.28.

4)   Pursuant to 11 U.S.C. Section 724(b), the trustee is entitled to avoid the lien asserted on the property by the Internal Revenue Service to the extent necessary to pay expenses of administration pursuant to 11 U.S.C. Section 507(a).  Said tax liens are hereby stricken for purposes of closing on the sale.

5)   The Court finds that this sale is proposed in good faith and fair value, and otherwise qualifies for approval pursuant to In re Abbotts Dairies of Pennsylvania, Inc., 788 F.2d 143, 147 (3d Cir. 1986).

6)   As requested by the trustee and to reduce the hardship to the purchaser, the court hereby waives the 14-day stay provided by Bankruptcy Rule 6004(h).

United States Bankruptcy Court
District of New Jersey

In re:  
Mohammad Altaful Huq  
    Debtor

Case No. 17-27607-MBK  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jun 14, 2019  
                          Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2019.  
db         Mohammad Altaful Huq,   1039 Harmony Station Rd,   Phillipsburg, NJ  08865-9580

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                             TOTAL: 0

          \*\*\*\*\* BYPASSED RECIPIENTS \*\*\*\*\*  
NONE.                                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2019 at the address(es) listed below:

        Denise E. Carlon   on behalf of Creditor   Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Karen E. Bezner   Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com  
        Karen E. Bezner   on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com  
        Kevin Gordon McDonald   on behalf of Creditor   Toyota Motor Credit Corporation kmcdonald@blankrome.com, bkgroup@kmllawgroup.com  
        Lauren Bielskie   on behalf of U.S. Trustee   United States Trustee lauren.bielskie@usdoj.gov  
        Robert M. Rich   on behalf of Debtor Mohammad Altaful Huq rrlaw@aol.com, G14833@notify.cincompass.com,carmelita.rrlaw@gmail.com  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                    TOTAL: 7