UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

ROBERT M. RICH (RR1088)
25 Pompton Avenue
Verona, NJ 07044
973-239-2255
Attorney for Debtor

In Re:

MOHAMMAD ALTAFUL HUQ,

　　　　　　Debtor.

Case No.: _____17-27607_____

Adv. Pro. No.: _____

Chapter: _____7_____

Hearing Date: ___3/24/2020____

Judge: 　　Ferguson

## ADJOURNMENT REQUEST

1. 　I, _____Robert M. Rich_____,

☒ am the attorney for: _____Mohammad A ta ful H uq_____,

☐ am self represented,

and request an adjournment of the following hearing for the reason set forth below.

Matter: Notice of Motion to compel cooperation with listing and sale of real property (doc. #87)

Current hearing date and time: 3//24/2020  10:00 a.m._____

New date requested: 4/7/2020_____

Reason for adjournment request: I am attempting to contact my client who had to leave the
Country for a family emergency._____

2. 　Consent to adjournment:

☒ I have the consent of all parties. 　☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 3/19/2020 _____

_____
Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted                    New hearing date: _4/14/2020 at 10:00 a.m._          ☐ Peremptory

☐ Granted over objection(s)  New hearing date: _____          ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested
parties who are not electronic filers of the new hearing date.**

*new.9/23/15*