UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**KAREN E. BEZNER, ESQ.**
567 Park Avenue, Suite 103
Scotch Plains, New Jersey 07076
(908) 322-8484
Attorney for Karen E. Bezner, Trustee

Karen E. Bezner
KB 5770

---

**Order Filed on April 15, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

MOHAMMAD ALTAFUL HUQ,

Case No.: 17-27607

Judge: Hon. Kathryn C. Ferguson, C.U.S.B.J.

## ORDER DIRECTING COOPERATION WITH LISTING AND SALE OF REAL PROPERTY

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

**DATED: April 15, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)
Debtor: Mohammad Altaful Huq
Case No.: 17-27607 (KCF)
Caption of Order: Order Directing Cooperation With Listing And Sale Of Real Property

---

**ORDERED** that Mohammad Altaful Huq, debtor herein, shall cooperate with the listing and sale of the real property at 1039 Harmony Station Road, Phillipsburg, New Jersey, by permitting entry to the property by the Trustee's real estate broker, by permitting prospective buyers to tour the property, by vacating the property to permit closing on any sale approved by the Court, and by otherwise complying with any reasonable requests by the Trustee.