| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**KAREN E. BEZNER, ESQ.**<br>567 Park Avenue, Suite 103<br>Scotch Plains, New Jersey 07076<br>(908) 322-8484<br>Attorney for Karen E. Bezner, Trustee<br><br>Karen E. Bezner<br>KB 5770 | Order Filed on April 15, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>MOHAMMAD ALTAFUL HUQ, | Case No.: 17-27607<br><br><br>Judge: Hon. Kathryn C. Ferguson, C.U.S.B.J. |

## ORDER DIRECTING COOPERATION WITH LISTING AND SALE OF REAL PROPERTY

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

**DATED: April 15, 2020**

*Honorable Kathryn C. Ferguson*
*United States Bankruptcy Judge*

Debtor: Mohammad Altaful Huq
Case No.: 17-27607 (KCF)
Caption of Order: Order Directing Cooperation With Listing And Sale Of Real Property

**ORDERED** that Mohammad Altaful Huq, debtor herein, shall cooperate with the listing and sale of the real property at 1039 Harmony Station Road, Phillipsburg, New Jersey, by permitting entry to the property by the Trustee's real estate broker, by permitting prospective buyers to tour the property, by vacating the property to permit closing on any sale approved by the Court, and by otherwise complying with any reasonable requests by the Trustee.

United States Bankruptcy Court
District of New Jersey

In re:  
Mohammad Altaful Huq  
    Debtor

Case No. 17-27607-KCF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Apr 16, 2020  
                  Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2020.  
db         Mohammad Altaful Huq,    1039 Harmony Station Rd,    Phillipsburg, NJ   08865-9580

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2020 at the address(es) listed below:  
         Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         Karen E. Bezner    Kbez@bellatlantic.net,    NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com  
         Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com  
         Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation kmcdonald@blankrome.com,    bkgroup@kmllawgroup.com  
         Lauren Bielskie    on behalf of U.S. Trustee    United States Trustee lauren.bielskie@usdoj.gov  
         Robert M. Rich    on behalf of Debtor Mohammad Altaful Huq rrlaw@aol.com, G14833@notify.cincompass.com,carmelita.rrlaw@gmail.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                       TOTAL: 7