| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Law Offices<br>HONIG & GREENBERG, L.L.C.<br>By: Adam D. Greenberg<br>1949 Berlin Road<br>Suite 200<br>Cherry Hill, N.J. 08003-3737<br>(856) 770-0990<br>Attorneys for Christiana T C/F CE1/FirstTrust | **Order Filed on March 9, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br>    Mohammad Altaful Huq | Case No.: 17-27607-kcf<br><br>Hearing Date:<br><br>Judge: Kathryn C. Ferguson |

## ORDER SETTING ASIDE TAX SALE AND COMPELLING REFUND

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: March 9, 2021**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Page 2
Debtor: Mohammad Altaful Huq
Case No: 17-27607-kcf
Caption: ORDER SETTING ASIDE TAX SALE AND COMPELLING REFUND

---

Upon consideration of Movant's motion for an Order Setting Aside Tax Sale, and good cause appearing therefore, it is hereby ORDERED that

1. The Court determines that the automatic stay of Bankruptcy Code section 362(a) barred the tax sale which took place on October 11, 2017 concerning 1039 Harmony Station Road, Block 37, Lot 10.03, Harmony Township. The tax sale is therefore void and is set aside. Harmony Township shall refund to the Movant (a) the amount paid for the certificate without interest, (b) all amounts paid for subsequent taxes with interest thereon at the rate set forth in N.J.S. 54:4-67(a), and (c) the premium paid pursuant to N.J.S. 54:5-32.

2. The lien for taxes, N.J.S. 54:5-6, is determined to have attached to the property notwithstanding the automatic stay as provided by 11 U.S.C. 362(b)(18). Consequently, Harmony Township is a secured creditor and can take whatever action it deems best to protect or enforce its interests in the property.

END OF ORDER