

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Law Offices<br>HONIG & GREENBERG, L.L.C.<br>By: Adam D. Greenberg, Esq.<br>1949 Berlin Road<br>Suite 200<br>Cherry Hill, N.J. 08003-3737<br>(856) 770-0990<br>Attorneys for Creditor Christiana T C/F CE1/FirstTrust | Order Filed on March 12, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No. 17-27607-KCF |
| In Re:<br>   MOHAMMAD ALTAFUD HUQ<br><br>Address 1039 Harmony Station Rd, Phillipsburg, NJ 08865<br><br>Last four digits of Social Security or Individual Tax-Payer Identification Nos. (if any) | Adv. No.<br><br>Hearing Date: 3/9/21<br><br>Judge: Hon. Kathryn C. Ferguson, Chief Judge |

## CONSENT ORDER RESOLVING CREDITOR'S MOTION TO SET ASIDE TAX SALE AND COMPEL REFUND

The relief set forth on the following pages, numbered two (2) through two (2) is hereby

**ORDERED.**

**DATED: March 12, 2021**

                                                Honorable Kathryn C. Ferguson
                                                United States Bankruptcy Judge

(Page 2)
Debtor: MOHAMMAD ALTAFUD HUQ
Case No: 17-27607-KCF
Caption: Consent Order Resolving Creditor's Motion to Set Aside Tax Sale and Compel Refund

Upon consideration of the consent of the parties for an Order resolving Creditor's motion to set aside tax sale and compel refund, and good cause appearing therefore, it is hereby **ORDERED** that:

1. The automatic stay is annulled retroactively to October 10, 2017, such that the tax held on October 11, 2017 is validated and not void as a stay violation.

2. The automatic stay is vacated to permit Christiana T C/F CE1/FirstTrust to file a tax foreclosure up to Final Judgement, but no Sheriff Sale shall be held without prior order from the United States Bankruptcy Court.

3. The Trustee agrees that no claim shall be made against Christiana T C/F CE1/FirstTrust for 506(c) expenses.

I/we consent to the form and entry of this Order.

/s/ Adam D. Greenberg
Adam D. Greenberg, Esquire
Attorney for Creditor Christiana
T C/F CE1/FirstTrust

/s/ _____
Ilissa Chrugin Hook, Esquire
Attorney for Debtor

/s/ _____
Karen E. Bezner, Esquire
United States Trustee

END OF ORDER.