| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Law Offices<br>HONIG & GREENBERG, L.L.C.<br>By: Adam D. Greenberg<br>1949 Berlin Road<br>Suite 200<br>Cherry Hill, N.J. 08003-3737<br>(856) 770-0990<br>Attorneys for Christiana T C/F CE1/FirstTrust | Order Filed on March 9, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>    Mohammad Altaful Huq | Case No.: 17-27607-kcf<br><br>Hearing Date:<br><br>Judge: Kathryn C. Ferguson |

## ORDER SETTING ASIDE TAX SALE AND COMPELLING REFUND

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: March 9, 2021**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Page 2
Debtor: Mohammad Altaful Huq
Case No: 17-27607-kcf
Caption: ORDER SETTING ASIDE TAX SALE AND COMPELLING REFUND

Upon consideration of Movant's motion for an Order Setting Aside Tax Sale, and good cause appearing therefore, it is hereby ORDERED that

1. The Court determines that the automatic stay of Bankruptcy Code section 362(a) barred the tax sale which took place on October 11, 2017 concerning 1039 Harmony Station Road, Block 37, Lot 10.03, Harmony Township. The tax sale is therefore void and is set aside. Harmony Township shall refund to the Movant (a) the amount paid for the certificate without interest, (b) all amounts paid for subsequent taxes with interest thereon at the rate set forth in N.J.S. 54:4-67(a), and (c) the premium paid pursuant to N.J.S. 54:5-32.

2. The lien for taxes, N.J.S. 54:5-6, is determined to have attached to the property notwithstanding the automatic stay as provided by 11 U.S.C. 362(b)(18). Consequently, Harmony Township is a secured creditor and can take whatever action it deems best to protect or enforce its interests in the property.

END OF ORDER

United States Bankruptcy Court

District of New Jersey

In re:  
Mohammad Altaful Huq  
    Debtor

Case No. 17-27607-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2  
Date Rcvd: Mar 10, 2021     Form ID: pdf903     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Mohammad Altaful Huq, 1039 Harmony Station Rd, Phillipsburg, NJ 08865-9580 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 12, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam D. Greenberg | on behalf of Creditor Christiana T C/F CE1/FirstTrust agreenberg@hgllclaw.com btemple@hgllclaw.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Ilissa Churgin Hook | on behalf of Debtor Mohammad Altaful Huq ihook@hookandfatovich.com fyablonsky@hookandfatovich.com |
| Karen E. Bezner | Kbez@bellatlantic.net NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com |
| Karen E. Bezner | on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@blankrome.com bkgroup@kmllawgroup.com |
| Lauren Bielskie | on behalf of U.S. Trustee United States Trustee lauren.bielskie@usdoj.gov |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-3     User: admin     Page 2 of 2
Date Rcvd: Mar 10, 2021     Form ID: pdf903     Total Noticed: 1
TOTAL: 8