Order Filed on March 12, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Law Offices
HONIG & GREENBERG, L.L.C.
By: Adam D. Greenberg, Esq.
1949 Berlin Road
Suite 200
Cherry Hill, N.J. 08003-3737
(856) 770-0990
Attorneys for Creditor Christiana T C/F CE1/FirstTrust

Case No. 17-27607-KCF

In Re:
    MOHAMMAD ALTAFUD HUQ

Address 1039 Harmony Station Rd, Phillipsburg, NJ 08865

Last four digits of Social Security or Individual Tax-Payer Identification Nos. (if any)

Adv. No.

Hearing Date: 3/9/21

Judge: Hon. Kathryn C. Ferguson, Chief Judge

## CONSENT ORDER RESOLVING CREDITOR'S MOTION TO SET ASIDE TAX SALE AND COMPEL REFUND

The relief set forth on the following pages, numbered two (2) through two (2) is hereby

**ORDERED.**

DATED: March 12, 2021

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)
Debtor:  MOHAMMAD ALTAFUD HUQ
Case No: 17-27607-KCF
Caption:  Consent Order Resolving Creditor's Motion to Set Aside Tax Sale and Compel Refund

    Upon consideration of the consent of the parties for an Order resolving Creditor's motion to set aside tax sale and compel refund, and good cause appearing therefore, it is hereby **ORDERED** that:

1. The automatic stay is annulled retroactively to October 10, 2017, such that the tax held on October 11, 2017 is validated and not void as a stay violation.

2. The automatic stay is vacated to permit Christiana T C/F CE1/FirstTrust to file a tax foreclosure up to Final Judgement, but no Sheriff Sale shall be held without prior order from the United States Bankruptcy Court.

3. The Trustee agrees that no claim shall be made against Christiana T C/F CE1/FirstTrust for 506(c) expenses.

    I/we consent to the form and entry of this Order.

/s/ Adam D. Greenberg
Adam D. Greenberg, Esquire
Attorney for Creditor Christiana
T C/F CE1/FirstTrust

/s/ _____
Ilissa Chrugin Hook, Esquire
Attorney for Debtor

/s/ _____
Karen E. Bezner, Esquire
United States Trustee

END OF ORDER.

United States Bankruptcy Court

District of New Jersey

In re:  
Mohammad Altaful Huq  
    Debtor

Case No. 17-27607-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 2  
Date Rcvd: Mar 12, 2021        Form ID: pdf903        Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Mohammad Altaful Huq, 1039 Harmony Station Rd, Phillipsburg, NJ 08865-9580 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2021        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam D. Greenberg | on behalf of Creditor Christiana T C/F CE1/FirstTrust agreenberg@hgllclaw.com btemple@hgllclaw.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Ilissa Churgin Hook | on behalf of Debtor Mohammad Altaful Huq ihook@hookandfatovich.com fyablonsky@hookandfatovich.com |
| Karen E. Bezner | Kbez@bellatlantic.net NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com |
| Karen E. Bezner | on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@blankrome.com bkgroup@kmllawgroup.com |
| Lauren Bielskie | on behalf of U.S. Trustee United States Trustee lauren.bielskie@usdoj.gov |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-3 User: admin Page 2 of 2
Date Rcvd: Mar 12, 2021 Form ID: pdf903 Total Noticed: 1
TOTAL: 8