UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 17-27607 |
| Mohammad Altaful Huq | Chapter: | 7 |
| | Judge: | KCF |

## NOTICE OF PROPOSED PRIVATE SALE

_____Karen E. Bezner_____, ___Chapter 7 Trustee___, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk: Jeanne A. Naughton, Clerk
United States Bankruptcy Court
402 East State Street
Trenton, New Jersey  08608

If an objection is filed, a hearing will be held before the Honorable Kathryn C. Ferguson, C.U.S.B.J. on August 31, 2021 at 10:00 a.m. at the United States Bankruptcy Court, courtroom no. 2, 402 East State Street, Trenton, NJ 08608. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: 1039 Harmony Station Road, Phillipsburg, New Jersey

Proposed Purchaser: Martin Demcak

Sale price: $610,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional: Partners Realty Group/Coldwell Banker Residential Brokerage
Amount to be paid: $18,450.00/$18,150.00; Total: $36,600.00
Services rendered: Listing and sale of real property

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Karen E. Bezner, Trustee           /s/ Karen E. Bezner

Address: 567 Park Avenue, Suite 103, Scotch Plains, New Jersey  07076

Telephone No.: (908) 322-8484

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
Mohammad Altaful Huq  
    Debtor

Case No. 17-27607-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3  
Date Rcvd: Jul 27, 2021     Form ID: pdf905     Total Noticed: 35

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

++++     Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Mohammad Altaful Huq, 1039 Harmony Station Rd, Phillipsburg, NJ 08865-9580 |
| cr | + | Christiana T C/F CE1/FirstTrust, c/o Honig & Greenberg, LLC, 1949 Berlin Road, Suite 200, Cherry Hill, NJ 08003-2077 |
| none | + | Martin Demcak, 519 Raritan Road, Linden, NJ 07036-5117 |
| r | + | Partners Realty Group, 321 Main St., Woodbridge, NJ 07095-1225 |
| 517037801 | | 170 Market St Associates, 110 W 34th St, New York, NY 10001-2115 |
| 517037802 | | 170 Market St Realty Assoc, 110 W 34th St Fl 9, New York, NY 10001-2115 |
| 517037806 | | ASR Park Madison Urban Renewal, 111 Magee Ave, Lavallette, NJ 08735-2225 |
| 517037807 | | AST Park Madison Urban Renewal LLC, 111 Magee Ave, Lavallette, NJ 08735-2225 |
| 517037803 | | Acb Receivables Mngmt, 19 Main St, Asbury Park, NJ 07712-7012 |
| 517068213 | | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517037804 | | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 517037805 | | Amex, Correspondence, PO Box 981540, El Paso, TX 79998-1540 |
| 517037810 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bankamerica, PO Box 982238, El Paso, TX 79998-2238 |
| 517037809 | | Bank of America, NC4-102-03-14, PO Box 26012, Greensboro, NC 27420-6012 |
| 517037808 | | Bank of America, NC4-105-03-14, PO Box 26012, Greensboro, NC 27420-6012 |
| 517037811 | | Bk of Amer, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 517037815 | ++++ | DOCTOR'S ASSOCIATES INC, 325 SUB WAY, MILFORD CT 06461-3081 address filed with court:, Doctor's Associates Inc, 325 Bic Dr, Milford, CT 06461-3072 |
| 517037816 | ++++ | DOCTORR'S ASSOCIATES, INC, 325 SUB WAY, MILFORD CT 06461-3081 address filed with court:, Doctorr's Associates, Inc, 325 Bic Dr, Milford, CT 06461-3072 |
| 517037818 | | NJ Div of Taxation, 50 Barrack St, Trenton, NJ 08608-2006 |
| 517217908 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, STATE OF NEW JERSEY, DEPARTMENT OF THE TREASURY, DIVISION OF TAXATION, P.O. BOX 245, TRENTON, NJ 08695-0245 |
| 517037819 | ++++ | SUBWAQY REAL ESTATE LLC, 325 SUB WAY, MILFORD CT 06461-3081 address filed with court:, Subwaqy Real Estate LLC, 325 Bic Dr, Milford, CT 06461-3072 |
| 517037820 | ++++ | SUBWAY REAL ESTATE CFORP, 325 SUB WAY, MILFORD CT 06461-3081 address filed with court:, Subway Real Estate CForp, 325 Bic Dr, Milford, CT 06461-3072 |
| 517037821 | ++++ | SUBWAY REAL ESTATE LLC, 325 SUB WAY, MILFORD CT 06461-3081 address filed with court:, Subway Real Estate LLC, 325 Bic Dr, Milford, CT 06461-3072 |
| 517037822 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor Credit, 4 Gatehall Dr Ste 350, Parsippany, NJ 07054-4522 |
| 517211681 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 27 2021 20:22:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 27 2021 20:22:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 3 |
| Date Rcvd: Jul 27, 2021 | Form ID: pdf905 | Total Noticed: 35 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 517037813 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2021 20:31:46 | Citi, PO Box 6190, Sioux Falls, SD 57117-6190 |
| 517037814 | | Email/Text: B@directcapital.com | Jul 27 2021 20:22:00 | Direct Capital, 155 Commerce Way, Portsmouth, NH 03801-3243 |
| 517037817 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 27 2021 20:22:00 | IRS, 200 Sheffield St, Mountainside, NJ 07092-2314 |
| 517037812 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 27 2021 20:31:34 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 517729736 | + | Email/Text: bncmail@w-legal.com | Jul 27 2021 20:22:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 517271457 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2021 20:31:45 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517043259 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2021 20:31:16 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517471232 | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 27 2021 20:22:00 | United States Trustee, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517185199 | *+ | IRS, POB 7346, Philadelphia, PA 19101-7346 |
| 517037823 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Motor Credit Co, Toyota Financial Services, PO Box 8026, Cedar Rapids, IA 52408-8026 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2021              Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam D. Greenberg | on behalf of Creditor Christiana T C/F CE1/FirstTrust agreenberg@hgllclaw.com  btemple@hgllclaw.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Ilissa Churgin Hook | on behalf of Debtor Mohammad Altaful Huq ihook@hookandfatovich.com  fyablonsky@hookandfatovich.com |

District/off: 0312-3     User: admin     Page 3 of 3
Date Rcvd: Jul 27, 2021     Form ID: pdf905     Total Noticed: 35

Karen E. Bezner
    Kbez@bellatlantic.net  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com

Karen E. Bezner
    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com

Kevin Gordon McDonald
    on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@blankrome.com  bkgroup@kmllawgroup.com

Lauren Bielskie
    on behalf of U.S. Trustee United States Trustee lauren.bielskie@usdoj.gov

Mitchell Malzberg
    on behalf of Unknown Role Type Martin Demcak mmalzberg@mjmalzberglaw.com  dlapham@mjmalzberglaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9