THIS FORM MAY BE USED BY CERTIFIED CM/ECF PARTICIPANTS ONLY AND MAY BE E:MAILED TO THE APPROPRIATE JUDGE'S E:MAILBOX. PLEASE USE THIS FORM TO REPORT A STATUS CHANGE FOR A MATTER LISTED ON THE COURT'S CALENDAR. THIS FORM MAY ALSO BE USED TO *REQUEST* AN ADJOURNMENT OF A MATTER LISTED ON THE CALENDAR. REQUESTS FOR ADJOURNMENTS WILL BE ACKNOWLEDGED BY RETURN E:MAIL WITH AN INDICATION ON PAGE 2 OF THIS FORM THAT THE REQUEST IS EITHER DENIED OR GRANTED. PLEASE E:MAIL THE COMPLETED FORM TO THE APPROPRIATE ADDRESS.

## ADJOURNMENT REQUEST/CALENDAR STATUS CHANGE FORM

FOR THE HONORABLE **KATHRYN C. FERGUSON, U.S.B.J.**

___ SETTLEMENT      **X** **WITHDRAWAL**      ___ ADJOURNMENT REQUEST

CASE #: **17-27607 (KCF)**        ADV. #:

CASE NAME: **Mohammad Altaful Huq**

PROCEEDING:

**Notice of Motion For Order Authorizing Sale Of Real Property And For Other Relief**
**Docket Entry No. 103**

**Proposed Form Of Order Authorizing Sale And For Other Relief**
**Docket Entry No. 108**

HEARING DATE & TIME: **September 28, 2021 at 10:00 a.m.**

REASON FOR ADJOURNMENT REQUEST:

ALL PARTIES ADVISED AND CONSENT?    ___ YES       ___ NO (w/reason)

SUBMITTED BY: **/s/ Karen E. Bezner, Esq.**

REPRESENTING: **Karen E. Bezner, Trustee**

## **FOR COURT USE ONLY**

\_\_\_\_    ADJOURNMENT REQUEST DENIED.  PLEASE APPEAR ON THE SCHEDULED DATE AND TIME.

\_\_\_\_    ADJOURNMENT REQUEST GRANTED.  PLEASE NOTIFY ALL PARTIES OF THE NEW DATE AND TIME: _____ .

\_\_\_\_    ADDITIONAL COMMENTS: