Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

> Case No.: 17–27607–KCF
> Chapter: 7
> Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mohammad Altaful Huq
   1039 Harmony Station Rd
   Phillipsburg, NJ 08865–9580

Social Security No.:
   xxx–xx–6138

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

   I  Wanda Rogers , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Private Sale:

Description of Property (if applicable):

1039 Harmony Station Road, Phillipsburg, New Jersey.(related document:116 Motion to Sell Free and Clear of Liens

Dated: December 2, 2021
JAN: wdr

                                                                                                          Jeanne Naughton
                                                                                                          Clerk