| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**KAREN E. BEZNER, ESQ.**<br>567 Park Avenue, Suite 103<br>Scotch Plains, New Jersey 07076<br>(908) 322-8484<br>Attorney for Karen E. Bezner, Trustee<br><br>Karen E. Bezner<br>KB 5770 | Order Filed on December 8, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>MOHAMMAD ALTAFUL HUQ, | Case No.: 17-27607<br><br><br>Judge: Hon. Kathryn C. Ferguson, U.S.B.J. |

## ORDER AUTHORIZING SALE OF REAL PROPERTY AND OTHER RELIEF

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

**DATED: December 8, 2021**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)
Debtor: Mohammad Altaful Huq
Case No.: 17-27607 (KCF)
Caption of Order: Order Authorizing Sale of Real Property And Other Relief

---

**ORDERED** that:

1) Karen E. Bezner, Chapter 7 trustee is authorized to sell the real property at 1039 Harmony Station Road, Phillipsburg, New Jersey to Sergey Mamedov and Evgeniya Ordanovskaya for the purchase price of $570,000.00.

2) The trustee is authorized to pay the real estate broker at closing in the following amount: Partners Realty Group, 6%, or $34,350.00

3) Pursuant to 11 U.S.C. Section 544(a)(2) and Matter of Blease, 604 F.2d 97 (3d Cir. 1979), the trustee is entitled to sell the property free and clear of the judgment lien claimed by the State of New Jersey, Division of Taxation. Said judgment lien is hereby stricken for purposes of closing on the sale.

4) Pursuant to 11 U.S.C. Section 724(b), the trustee is entitled to subordinate the lien asserted on the property by the Internal Revenue Service to the extent necessary to pay expenses of administration pursuant to 11 U.S.C. Section 507(a). Said tax liens are hereby stricken for purposes of closing on the sale.

5) The Court finds that this sale is proposed in good faith and fair value, and otherwise qualifies for approval pursuant to In re Abbotts Dairies of Pennsylvania, Inc., 788 F.2d 143, 147 (3d Cir. 1986).

6) As evidenced by the Certification of Service filed with the Court, proper, timely, adequate and sufficient notice of the Motion has been provided in accordance with Rule 2002 of the Federal Rules of Bankruptcy Procedure.

Debtor: Mohammad Altaful Huq
Case No.: 17-27607 (KCF)
Caption of Order: Order Authorizing Sale of Real Property And Other Relief

---

7) The Trustee has satisfied the applicable criteria of 11 U.S.C. Section 363(b) and (f) and Bankruptcy Rules 2002 and 6004 and therefore, the sale of the Property as contemplated in the Motion is determined to be appropriate.

8) All objections to the Motion or to the sale of the Property to Buyer that have not been withdrawn, waived or settled are overruled on the merits.

9) The terms and conditions of the Contract are approved in all respects.

11) The Property shall be transferred to Buyers free and clear of all liens, claims, interests and encumbrances with valid liens, claims, interests and encumbrances to attach to the proceeds of sale to the extent of available funds.

12) The court retains exclusive jurisdiction to enforce and implement this order and to resolve any disputes, controversies or claims arising out of or relating to this order or the contract.

13) All filing and recording officers are directed to accept, file and record all instruments of transfer to be filed and recorded pursuant to and in accordance with this order.