UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**KAREN E. BEZNER, ESQ.**
567 Park Avenue, Suite 103
Scotch Plains, New Jersey 07076
(908) 322-8484
Attorney for Karen E. Bezner, Trustee

Karen E. Bezner
KB 5770

In Re:

MOHAMMAD ALTAFUL HUQ,

**Order Filed on December 8, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 17-27607

Judge: Hon. Kathryn C. Ferguson, U.S.B.J.

## ORDER AUTHORIZING SALE OF REAL PROPERTY AND OTHER RELIEF

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

**DATED: December 8, 2021**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Debtor: Mohammad Altaful Huq
Case No.: 17-27607 (KCF)
Caption of Order: Order Authorizing Sale of Real Property And Other Relief

---

**ORDERED** that:

1) Karen E. Bezner, Chapter 7 trustee is authorized to sell the real property at 1039 Harmony Station Road, Phillipsburg, New Jersey to Sergey Mamedov and Evgeniya Ordanovskaya for the purchase price of $570,000.00.

2) The trustee is authorized to pay the real estate broker at closing in the following amount: Partners Realty Group, 6%, or $34,350.00

3) Pursuant to 11 U.S.C. Section 544(a)(2) and Matter of Blease, 604 F.2d 97 (3d Cir. 1979), the trustee is entitled to sell the property free and clear of the judgment lien claimed by the State of New Jersey, Division of Taxation. Said judgment lien is hereby stricken for purposes of closing on the sale.

4) Pursuant to 11 U.S.C. Section 724(b), the trustee is entitled to subordinate the lien asserted on the property by the Internal Revenue Service to the extent necessary to pay expenses of administration pursuant to 11 U.S.C. Section 507(a). Said tax liens are hereby stricken for purposes of closing on the sale.

5) The Court finds that this sale is proposed in good faith and fair value, and otherwise qualifies for approval pursuant to In re Abbotts Dairies of Pennsylvania, Inc., 788 F.2d 143, 147 (3d Cir. 1986).

6) As evidenced by the Certification of Service filed with the Court, proper, timely, adequate and sufficient notice of the Motion has been provided in accordance with Rule 2002 of the Federal Rules of Bankruptcy Procedure.

Debtor: Mohammad Altaful Huq
Case No.: 17-27607 (KCF)
Caption of Order: Order Authorizing Sale of Real Property And Other Relief

---

7) The Trustee has satisfied the applicable criteria of 11 U.S.C. Section 363(b) and (f) and Bankruptcy Rules 2002 and 6004 and therefore, the sale of the Property as contemplated in the Motion is determined to be appropriate.

8) All objections to the Motion or to the sale of the Property to Buyer that have not been withdrawn, waived or settled are overruled on the merits.

9) The terms and conditions of the Contract are approved in all respects.

11) The Property shall be transferred to Buyers free and clear of all liens, claims, interests and encumbrances with valid liens, claims, interests and encumbrances to attach to the proceeds of sale to the extent of available funds.

12) The court retains exclusive jurisdiction to enforce and implement this order and to resolve any disputes, controversies or claims arising out of or relating to this order or the contract.

13) All filing and recording officers are directed to accept, file and record all instruments of transfer to be filed and recorded pursuant to and in accordance with this order.

United States Bankruptcy Court

District of New Jersey

In re:  
Mohammad Altaful Huq  
    Debtor

Case No. 17-27607-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3                                      User: admin                                      Page 1 of 2  
Date Rcvd: Dec 08, 2021                              Form ID: pdf903                              Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Mohammad Altaful Huq, 1039 Harmony Station Rd, Phillipsburg, NJ 08865-9580 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2021                              Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam D. Greenberg | on behalf of Creditor Christiana T C/F CE1/FirstTrust agreenberg@hgllclaw.com  btemple@hgllclaw.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Ilissa Churgin Hook | on behalf of Debtor Mohammad Altaful Huq ihook@hookandfatovich.com  fyablonsky@hookandfatovich.com |
| Karen E. Bezner | Kbez@bellatlantic.net  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com |
| Karen E. Bezner | on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@blankrome.com  bkgroup@kmllawgroup.com |
| Lauren Bielskie | on behalf of U.S. Trustee United States Trustee lauren.bielskie@usdoj.gov |
| Mitchell Malzberg | on behalf of Unknown Role Type Martin Demcak mmalzberg@mjmalzberglaw.com  dlapham@mjmalzberglaw.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 08, 2021 | Form ID: pdf903 | Total Noticed: 1 |

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9