Form 137 − aplccmpn

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  17−27607−KCF
Chapter:  7
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mohammad Altaful Huq
   1039 Harmony Station Rd
   Phillipsburg, NJ 08865−9580

Social Security No.:
   xxx−xx−6138

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Kathryn C. Ferguson on:

Date:      8/11/22
Time:      02:30 PM
Location:    Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
BEDERSON, LLP,, Accountant

COMMISSION OR FEES
fee: $10,915.00

EXPENSES
expenses: $147.01

If this is a chapter 13 case, the fees and expenses awarded:

☐     will not reduce the amount to be paid to general unsecured
      creditors under the plan.

☐     will reduce the amount to be paid to general unsecured
      creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: July 6, 2022
JAN:

                                      Jeanne Naughton
                                      Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-27607-KCF |
| Mohammad Altaful Huq | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 06, 2022 | Form ID: 137 | Total Noticed: 37 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++++     Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

#         Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Mohammad Altaful Huq, 1039 Harmony Station Rd, Phillipsburg, NJ 08865-9580 |
| acc | #+ | BEDERSON, LLP,, 347 Mount Pleasant Avenue, West Orange, NJ 07052-2749 |
| cr | + | Christiana T C/F CE1/FirstTrust, c/o Honig & Greenberg, LLC, 1949 Berlin Road, Suite 200, Cherry Hill, NJ 08003-2077 |
| none | #+ | Martin Demcak, 519 Raritan Road, Linden, NJ 07036-5117 |
| r | + | Partners Realty Group, 321 Main St., Woodbridge, NJ 07095-1225 |
| 517037801 | | 170 Market St Associates, 110 W 34th St, New York, NY 10001-2115 |
| 517037802 | | 170 Market St Realty Assoc, 110 W 34th St Fl 9, New York, NY 10001-2115 |
| 517037806 | | ASR Park Madison Urban Renewal, 111 Magee Ave, Lavallette, NJ 08735-2225 |
| 517037807 | | AST Park Madison Urban Renewal LLC, 111 Magee Ave, Lavallette, NJ 08735-2225 |
| 517037803 | | Acb Receivables Mngmt, 19 Main St, Asbury Park, NJ 07712-7012 |
| 517037815 | ++++ | DOCTOR'S ASSOCIATES INC, 325 SUB WAY, MILFORD CT 06461-3081 address filed with court:, Doctor's Associates Inc, 325 Bic Dr, Milford, CT 06461-3072 |
| 517037816 | ++++ | DOCTORR'S ASSOCIATES, INC, 325 SUB WAY, MILFORD CT 06461-3081 address filed with court:, Doctorr's Associates, Inc, 325 Bic Dr, Milford, CT 06461-3072 |
| 517037818 | | NJ Div of Taxation, 50 Barrack St, Trenton, NJ 08608-2006 |
| 517217908 | | STATE OF NEW JERSEY, DEPARTMENT OF THE TREASURY, DIVISION OF TAXATION, P.O. BOX 245, TRENTON, NJ 08695-0245 |
| 517037819 | ++++ | SUBWAQY REAL ESTATE LLC, 325 SUB WAY, MILFORD CT 06461-3081 address filed with court:, Subwaqy Real Estate LLC, 325 Bic Dr, Milford, CT 06461-3072 |
| 517037820 | ++++ | SUBWAY REAL ESTATE CFORP, 325 SUB WAY, MILFORD CT 06461-3081 address filed with court:, Subway Real Estate CForp, 325 Bic Dr, Milford, CT 06461-3072 |
| 517037821 | ++++ | SUBWAY REAL ESTATE LLC, 325 SUB WAY, MILFORD CT 06461-3081 address filed with court:, Subway Real Estate LLC, 325 Bic Dr, Milford, CT 06461-3072 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 06 2022 20:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 06 2022 20:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517068213 | | Email/PDF: bncnotices@becket-lee.com | Jul 06 2022 20:47:15 | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517037805 | | Email/PDF: bncnotices@becket-lee.com | Jul 06 2022 20:57:37 | Amex, Correspondence, PO Box 981540, El Paso, TX 79998-1540 |
| 517037804 | | Email/PDF: bncnotices@becket-lee.com | Jul 06 2022 20:47:22 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 517037809 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 06 2022 20:43:00 | Bank of America, NC4-102-03-14, PO Box 26012, Greensboro, NC 27420-6012 |
| 517037808 | | Email/Text: creditcardbkcorrespondence@bofa.com | | |

District/off: 0312-3                                 User: admin                                      Page 2 of 3
Date Rcvd: Jul 06, 2022                         Form ID: 137                               Total Noticed: 37

| | | Jul 06 2022 20:43:00 | Bank of America, NC4-105-03-14, PO Box 26012, Greensboro, NC 27420-6012 |
|---|---|---|---|
| 517037810 | Email/Text: creditcardbkcorrespondence@bofa.com | | |
| | | Jul 06 2022 20:43:00 | Bankamerica, PO Box 982238, El Paso, TX 79998-2238 |
| 517037811 | Email/Text: creditcardbkcorrespondence@bofa.com | | |
| | | Jul 06 2022 20:43:00 | Bk of Amer, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 517037813 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jul 06 2022 20:57:51 | Citi, PO Box 6190, Sioux Falls, SD 57117-6190 |
| 517037814 | Email/Text: B@directcapital.com | | |
| | | Jul 06 2022 20:44:00 | Direct Capital, 155 Commerce Way, Portsmouth, NH 03801-3243 |
| 517037817 | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | Jul 06 2022 20:43:00 | IRS, 200 Sheffield St, Mountainside, NJ 07092-2314 |
| 517037812 | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | Jul 06 2022 20:47:15 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 517729736 | +  Email/Text: bncmail@w-legal.com | | |
| | | Jul 06 2022 20:44:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 517271457 | +  Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jul 06 2022 20:47:05 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517043259 | +  Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jul 06 2022 20:47:21 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517037822 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | | |
| | | Jul 06 2022 20:43:00 | Toyota Motor Credit, 4 Gatehall Dr Ste 350, Parsippany, NJ 07054-4522 |
| 517037823 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | | |
| | | Jul 06 2022 20:43:00 | Toyota Motor Credit Co, Toyota Financial Services, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 517211681 | +  Email/Text: ToyotaBKNotices@nationalbankruptcy.com | | |
| | | Jul 06 2022 20:43:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517471232 | +  Email/Text: ustpregion03.ne.ecf@usdoj.gov | | |
| | | Jul 06 2022 20:43:00 | United States Trustee, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 20

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517185199 | *+ | IRS, POB 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2022                              Signature:          /s/Gustava Winters

District/off: 0312-3                          User: admin                                      Page 3 of 3
Date Rcvd: Jul 06, 2022                    Form ID: 137                                  Total Noticed: 37

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2022 at the address(es) listed below:**

**Name**                              **Email Address**

Adam D. Greenberg
                      on behalf of Creditor Christiana T C/F CE1/FirstTrust agreenberg@hgllclaw.com  btemple@hgllclaw.com

Denise E. Carlon
                      on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Ilissa Churgin Hook
                      on behalf of Debtor Mohammad Altaful Huq ihook@hookandfatovich.com  fyablonsky@hookandfatovich.com

Karen E. Bezner
                      Kbez@bellatlantic.net  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com

Karen E. Bezner
                      on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com

Kevin Gordon McDonald
                      on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@blankrome.com  bkgroup@kmllawgroup.com

Lauren Bielskie
                      on behalf of U.S. Trustee United States Trustee lauren.bielskie@usdoj.gov

Mitchell Malzberg
                      on behalf of Unknown Role Type Martin Demcak mmalzberg@mjmalzberglaw.com  dlapham@mjmalzberglaw.com

U.S. Trustee
                      USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 9