UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

BEDERSON, LLP
347 MT PLEASANT AVENUE – SUITE 200
WEST ORANGE, NJ 07052

Order Filed on August 11, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

MOHAMMAD ALTAFUL HUQ
DEBTOR

Case No.: 17-27607 (KCF)

Hearing Date: 8/11/2022

Judge: Kathryn C. Ferguson

Chapter 7

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 11, 2022**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| BEDERSON LLP | $10,915.00 | $147.01 |