Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−27607−KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mohammad Altaful Huq
   1039 Harmony Station Rd
   Phillipsburg, NJ 08865−9580

Social Security No.:
   xxx−xx−6138

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 1/24/23 at 10:00 AM

to consider and act upon the following:

*128* − Motion to Expunge Claims of Toyota Motor Credit Corp. Filed by Karen E. Bezner on behalf of Karen E. Bezner. Hearing scheduled for 1/17/2023 at 10:00 AM at KCF − Courtroom 2, Trenton. (Attachments: # 1 Proposed Order # 2 Statement as to Why No Brief is Necessary # 3 Certificate of Service # 4 Certification) (Bezner, Karen)

Dated: 12/22/22

                                                Jeanne Naughton
                                                Clerk, U.S. Bankruptcy Court