Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

Case No.: 17−27607−KCF  
Chapter: 7  
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
   Mohammad Altaful Huq  
   1039 Harmony Station Rd  
   Phillipsburg, NJ 08865−9580

Social Security No.:  
   xxx−xx−6138

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 1/24/23 at 10:00 AM

to consider and act upon the following:

*128 −* Motion to Expunge Claims of Toyota Motor Credit Corp. Filed by Karen E. Bezner on behalf of Karen E. Bezner. Hearing scheduled for 1/17/2023 at 10:00 AM at KCF − Courtroom 2, Trenton. (Attachments: # 1 Proposed Order # 2 Statement as to Why No Brief is Necessary # 3 Certificate of Service # 4 Certification) (Bezner, Karen)

Dated: 12/22/22

                                                    Jeanne Naughton  
                                                    Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                                     Case No. 17-27607-KCF
Mohammad Altaful Huq                                                       Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                          Page 1 of 2
Date Rcvd: Dec 22, 2022                Form ID: ntchrgbk                   Total Noticed: 5

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Mohammad Altaful Huq, 1039 Harmony Station Rd, Phillipsburg, NJ 08865-9580 |
| acc | #+ | BEDERSON, LLP,, 347 Mount Pleasant Avenue, West Orange, NJ 07052-2749 |
| cr | + | Christiana T C/F CE1/FirstTrust, c/o Honig & Greenberg, LLC, 1949 Berlin Road, Suite 200, Cherry Hill, NJ 08003-2077 |
| none | #+ | Martin Demcak, 519 Raritan Road, Linden, NJ 07036-5117 |
| r | + | Partners Realty Group, 321 Main St., Woodbridge, NJ 07095-1225 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2022                          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam D. Greenberg | on behalf of Creditor Christiana T C/F CE1/FirstTrust agreenberg@hgllclaw.com btemple@hgllclaw.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Ilissa Churgin Hook | on behalf of Debtor Mohammad Altaful Huq ihook@hookandfatovich.com fyablonsky@hookandfatovich.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 22, 2022 | Form ID: ntchrgbk | Total Noticed: 5 |

Karen E. Bezner
    Kbez@bellatlantic.net NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com

Karen E. Bezner
    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com

Kevin Gordon McDonald
    on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@blankrome.com bkgroup@kmllawgroup.com

Lauren Bielskie
    on behalf of U.S. Trustee United States Trustee lauren.bielskie@usdoj.gov

Mitchell Malzberg
    on behalf of Unknown Role Type Martin Demcak mmalzberg@mjmalzberglaw.com dlapham@mjmalzberglaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9