**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**KAREN E. BEZNER, ESQ.**
567 Park Avenue, Suite 103
Scotch Plains, New Jersey 07076
(908) 322-8484
Attorney for Karen E. Bezner, Trustee

Karen E. Bezner
KB 5770

Order Filed on January 24, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

MOHAMMAD ALTAFUL HUQ,

Case No.: 17-27607

Judge: Hon. Kathryn C. Ferguson, U.S.B.J.

# ORDER EXPUNGING CLAIM NO. 7 FILED BY TOYOTA MOTOR CREDIT CORP.

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

**DATED: January 24, 2023**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)
Debtor: Mohammad Altaful Huq
Case No.: 17-27607 (KCF)
Caption of Order: Order Expunging Claim No. 7 Filed By Toyota Motor Credit Corp.

---

**ORDERED** that Claim No. 7 filed by Toyota Motor Credit Corp. on December 4, 2017 in the amount of $4,603.77 be and the same is hereby expunged.

United States Bankruptcy Court

District of New Jersey

In re:  
Mohammad Altaful Huq  
    Debtor

Case No. 17-27607-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Jan 24, 2023      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Mohammad Altaful Huq, 1039 Harmony Station Rd, Phillipsburg, NJ 08865-9580 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).  
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**  
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2023 at the address(es) listed below:**

**Name**      **Email Address**

Adam D. Greenberg  
     on behalf of Creditor Christiana T C/F CE1/FirstTrust agreenberg@hgllclaw.com btemple@hgllclaw.com

Denise E. Carlon  
     on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Ilissa Churgin Hook  
     on behalf of Debtor Mohammad Altaful Huq ihook@hookandfatovich.com fyablonsky@hookandfatovich.com

Karen E. Bezner  
     Kbez@bellatlantic.net NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com

Karen E. Bezner  
     on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com

Kevin Gordon McDonald  
     on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@blankrome.com bkgroup@kmllawgroup.com

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Jan 24, 2023 | Form ID: pdf903 | Total Noticed: 1

Lauren Bielskie
    on behalf of U.S. Trustee United States Trustee lauren.bielskie@usdoj.gov

Mitchell Malzberg
    on behalf of Unknown Role Type Martin Demcak mmalzberg@mjmalzberglaw.com dlapham@mjmalzberglaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9