Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−27607−KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mohammad Altaful Huq
   1039 Harmony Station Rd
   Phillipsburg, NJ 08865−9580

Social Security No.:
   xxx−xx−6138

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Kathryn C. Ferguson on:

Date:     7/13/23
Time:     02:30 PM
Location:   Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Karen E. Bezner, Trustee's Attorney

COMMISSION OR FEES
FEES: $31,040.00

EXPENSES
expenses: $905.90

If this is a chapter 13 case, the fees and expenses awarded:

☐     will not reduce the amount to be paid to general unsecured
      creditors under the plan.

☐     will reduce the amount to be paid to general unsecured
      creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: June 12, 2023
JAN:

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                        Case No. 17-27607-KCF

Mohammad Altaful Huq                                                                         Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                        Page 1 of 3

Date Rcvd: Jun 12, 2023                   Form ID: 137                    Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Mohammad Altaful Huq, 1039 Harmony Station Rd, Phillipsburg, NJ 08865-9580 |
| acc | ++ | BEDERSON LLP, 347 MT PLEASANT AVENUE SUITE 200, WEST ORANGE NJ 07052-2749 address filed with court:, Bederson, LLP, 100 Passaic Avenue, Suite 310, Fairfield, NJ 07004 |
| cr | + | Christiana T C/F CE1/FirstTrust, c/o Honig & Greenberg, LLC, 1949 Berlin Road, Suite 200, Cherry Hill, NJ 08003-2077 |
| r | + | Partners Realty Group, 321 Main St., Woodbridge, NJ 07095-1225 |
| 517037801 | | 170 Market St Associates, 110 W 34th St, New York, NY 10001-2115 |
| 517037802 | | 170 Market St Realty Assoc, 110 W 34th St Fl 9, New York, NY 10001-2115 |
| 517037806 | | ASR Park Madison Urban Renewal, 111 Magee Ave, Lavallette, NJ 08735-2225 |
| 517037807 | | AST Park Madison Urban Renewal LLC, 111 Magee Ave, Lavallette, NJ 08735-2225 |
| 517037803 | | Acb Receivables Mngmt, 19 Main St, Asbury Park, NJ 07712-7012 |
| 517037815 | ++++ | DOCTOR'S ASSOCIATES INC, 325 SUB WAY, MILFORD CT 06461-3081 address filed with court:, Doctor's Associates Inc, 325 Bic Dr, Milford, CT 06461-3072 |
| 517037816 | ++++ | DOCTORR'S ASSOCIATES, INC, 325 SUB WAY, MILFORD CT 06461-3081 address filed with court:, Doctorr's Associates, Inc, 325 Bic Dr, Milford, CT 06461-3072 |
| 517037818 | | NJ Div of Taxation, 50 Barrack St, Trenton, NJ 08608-2006 |
| 517217908 | | STATE OF NEW JERSEY, DEPARTMENT OF THE TREASURY, DIVISION OF TAXATION, P.O. BOX 245, TRENTON, NJ 08695-0245 |
| 517037819 | ++++ | SUBWAQY REAL ESTATE LLC, 325 SUB WAY, MILFORD CT 06461-3081 address filed with court:, Subwaqy Real Estate LLC, 325 Bic Dr, Milford, CT 06461-3072 |
| 517037820 | ++++ | SUBWAY REAL ESTATE CFORP, 325 SUB WAY, MILFORD CT 06461-3081 address filed with court:, Subway Real Estate CForp, 325 Bic Dr, Milford, CT 06461-3072 |
| 517037821 | ++++ | SUBWAY REAL ESTATE LLC, 325 SUB WAY, MILFORD CT 06461-3081 address filed with court:, Subway Real Estate LLC, 325 Bic Dr, Milford, CT 06461-3072 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 12 2023 21:07:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 12 2023 21:07:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517068213 | | Email/PDF: bncnotices@becket-lee.com | Jun 12 2023 21:16:54 | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517037805 | | Email/PDF: bncnotices@becket-lee.com | Jun 12 2023 21:17:05 | Amex, Correspondence, PO Box 981540, El Paso, TX 79998-1540 |
| 517037804 | | Email/PDF: bncnotices@becket-lee.com | | |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 12, 2023 | Form ID: 137 | Total Noticed: 36 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jun 12 2023 21:16:54 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 517037809 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 12 2023 21:06:00 | Bank of America, NC4-102-03-14, PO Box 26012, Greensboro, NC 27420-6012 |
| 517037808 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 12 2023 21:06:00 | Bank of America, NC4-105-03-14, PO Box 26012, Greensboro, NC 27420-6012 |
| 517037810 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 12 2023 21:06:00 | Bankamerica, PO Box 982238, El Paso, TX 79998-2238 |
| 517037811 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 12 2023 21:06:00 | Bk of Amer, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 517037813 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 12 2023 21:17:24 | Citi, PO Box 6190, Sioux Falls, SD 57117-6190 |
| 517037814 | | Email/Text: B@directcapital.com | Jun 12 2023 21:08:00 | Direct Capital, 155 Commerce Way, Portsmouth, NH 03801-3243 |
| 517037817 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 12 2023 21:07:00 | IRS, 200 Sheffield St, Mountainside, NJ 07092-2314 |
| 517037812 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 12 2023 21:06:14 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 517729736 | + | Email/Text: bncmail@w-legal.com | Jun 12 2023 21:08:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 517271457 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 12 2023 21:17:11 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517043259 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 12 2023 21:17:23 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517037822 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jun 12 2023 21:07:00 | Toyota Motor Credit, 4 Gatehall Dr Ste 350, Parsippany, NJ 07054-4522 |
| 517037823 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jun 12 2023 21:07:00 | Toyota Motor Credit Co, Toyota Financial Services, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 517211681 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jun 12 2023 21:07:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517471232 | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 12 2023 21:07:00 | United States Trustee, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517185199 | *+ | IRS, POB 7346, Philadelphia, PA 19101-7346 |
| none | ##+ | Martin Demcak, 519 Raritan Road, Linden, NJ 07036-5117 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 12, 2023 | Form ID: 137 | Total Noticed: 36 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 14, 2023          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2023 at the address(es) listed below:

**Name**          **Email Address**

Adam D. Greenberg
    on behalf of Creditor Christiana T C/F CE1/FirstTrust agreenberg@hgllclaw.com  btemple@hgllclaw.com

Denise E. Carlon
    on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Ilissa Churgin Hook
    on behalf of Debtor Mohammad Altaful Huq ihook@hookandfatovich.com  fyablonsky@hookandfatovich.com

Karen E. Bezner
    Kbez@bellatlantic.net  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com

Karen E. Bezner
    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com

Kevin Gordon McDonald
    on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@blankrome.com  bkgroup@kmllawgroup.com

Lauren Bielskie
    on behalf of U.S. Trustee United States Trustee lauren.bielskie@usdoj.gov

Mitchell Malzberg
    on behalf of Unknown Role Type Martin Demcak mmalzberg@mjmalzberglaw.com  dlapham@mjmalzberglaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9