Form 192 – aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  17–27607–CMG
Chapter:  7
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Mohammad Altaful Huq
  1039 Harmony Station Rd
  Phillipsburg, NJ 08865–9580

Social Security No.:
  xxx–xx–6138

Employer's Tax I.D. No.:

## NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE,
## OF HEARING ON APPLICATIONS FOR COMPENSATION
## (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable Christine M. Gravelle on:

DATE:          October 3, 2023
TIME:          02:00 PM
LOCATION:      Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:          $825,687.02
TOTAL DISBURSEMENTS:     $347,364.84
BALANCE ON HAND:         $478,322.18

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)
Karen Bezner, Trustee

COMMISSION OR FEES
$40,968.54

EXPENSES
$912.32

The trustee's application to abandon the following property will be heard and acted upon:
none

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.

Dated: August 21, 2023
JAN: wdr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-27607-CMG |
| Mohammad Altaful Huq | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 21, 2023 | Form ID: 192 | Total Noticed: 36 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Mohammad Altaful Huq, 1039 Harmony Station Rd, Phillipsburg, NJ 08865-9580 |
| acc | ++ | BEDERSON LLP, 347 MT PLEASANT AVENUE SUITE 200, WEST ORANGE NJ 07052-2749 address filed with court:, Bederson, LLP, 100 Passaic Avenue, Suite 310, Fairfield, NJ 07004 |
| cr | + | Christiana T C/F CE1/FirstTrust, c/o Honig & Greenberg, LLC, 1949 Berlin Road, Suite 200, Cherry Hill, NJ 08003-2077 |
| r | + | Partners Realty Group, 321 Main St., Woodbridge, NJ 07095-1225 |
| 517037801 | | 170 Market St Associates, 110 W 34th St, New York, NY 10001-2115 |
| 517037802 | | 170 Market St Realty Assoc, 110 W 34th St Fl 9, New York, NY 10001-2115 |
| 517037806 | | ASR Park Madison Urban Renewal, 111 Magee Ave, Lavallette, NJ 08735-2225 |
| 517037807 | | AST Park Madison Urban Renewal LLC, 111 Magee Ave, Lavallette, NJ 08735-2225 |
| 517037803 | | Acb Receivables Mngmt, 19 Main St, Asbury Park, NJ 07712-7012 |
| 517037815 | ++++ | DOCTOR'S ASSOCIATES INC, 325 SUB WAY, MILFORD CT 06461-3081 address filed with court:, Doctor's Associates Inc, 325 Bic Dr, Milford, CT 06461-3072 |
| 517037816 | ++++ | DOCTORR'S ASSOCIATES, INC, 325 SUB WAY, MILFORD CT 06461-3081 address filed with court:, Doctorr's Associates, Inc, 325 Bic Dr, Milford, CT 06461-3072 |
| 517037818 | | NJ Div of Taxation, 50 Barrack St, Trenton, NJ 08608-2006 |
| 517217908 | | STATE OF NEW JERSEY, DEPARTMENT OF THE TREASURY, DIVISION OF TAXATION, P.O. BOX 245, TRENTON, NJ 08695-0245 |
| 517037819 | ++++ | SUBWAQY REAL ESTATE LLC, 325 SUB WAY, MILFORD CT 06461-3081 address filed with court:, Subwaqy Real Estate LLC, 325 Bic Dr, Milford, CT 06461-3072 |
| 517037820 | ++++ | SUBWAY REAL ESTATE CFORP, 325 SUB WAY, MILFORD CT 06461-3081 address filed with court:, Subway Real Estate CForp, 325 Bic Dr, Milford, CT 06461-3072 |
| 517037821 | ++++ | SUBWAY REAL ESTATE LLC, 325 SUB WAY, MILFORD CT 06461-3081 address filed with court:, Subway Real Estate LLC, 325 Bic Dr, Milford, CT 06461-3072 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 21 2023 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 21 2023 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517068213 | | Email/PDF: bncnotices@becket-lee.com | Aug 21 2023 20:56:41 | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517037805 | | Email/PDF: bncnotices@becket-lee.com | Aug 21 2023 20:57:11 | Amex, Correspondence, PO Box 981540, El Paso, TX 79998-1540 |
| 517037804 | | Email/PDF: bncnotices@becket-lee.com | | |

District/off: 0312-3                          User: admin                                                Page 2 of 3
Date Rcvd: Aug 21, 2023                       Form ID: 192                                          Total Noticed: 36

| | | Aug 21 2023 20:55:57 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
|---|---|---|---|
| 517037809 | Email/Text: creditcardbkcorrespondence@bofa.com | | |
| | | Aug 21 2023 20:34:00 | Bank of America, NC4-102-03-14, PO Box 26012, Greensboro, NC 27420-6012 |
| 517037808 | Email/Text: creditcardbkcorrespondence@bofa.com | | |
| | | Aug 21 2023 20:34:00 | Bank of America, NC4-105-03-14, PO Box 26012, Greensboro, NC 27420-6012 |
| 517037810 | Email/Text: creditcardbkcorrespondence@bofa.com | | |
| | | Aug 21 2023 20:34:00 | Bankamerica, PO Box 982238, El Paso, TX 79998-2238 |
| 517037811 | Email/Text: creditcardbkcorrespondence@bofa.com | | |
| | | Aug 21 2023 20:34:00 | Bk of Amer, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 517037813 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Aug 21 2023 20:57:17 | Citi, PO Box 6190, Sioux Falls, SD 57117-6190 |
| 517037814 | Email/Text: B@directcapital.com | | |
| | | Aug 21 2023 20:36:00 | Direct Capital, 155 Commerce Way, Portsmouth, NH 03801-3243 |
| 517037817 | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | Aug 21 2023 20:35:00 | IRS, 200 Sheffield St, Mountainside, NJ 07092-2314 |
| 517037812 | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | Aug 21 2023 20:44:38 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 517729736 | + Email/Text: bncmail@w-legal.com | | |
| | | Aug 21 2023 20:36:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 517271457 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Aug 21 2023 20:57:13 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517043259 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Aug 21 2023 20:56:47 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517037822 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | | |
| | | Aug 21 2023 20:35:00 | Toyota Motor Credit, 4 Gatehall Dr Ste 350, Parsippany, NJ 07054-4522 |
| 517037823 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | | |
| | | Aug 21 2023 20:35:00 | Toyota Motor Credit Co, Toyota Financial Services, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 517211681 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | | |
| | | Aug 21 2023 20:34:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517471232 | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | | |
| | | Aug 21 2023 20:35:00 | United States Trustee, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 20

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517185199 | *+ | IRS, POB 7346, Philadelphia, PA 19101-7346 |
| none | ##+ | Martin Demcak, 519 Raritan Road, Linden, NJ 07036-5117 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the

District/off: 0312-3                        User: admin                                   Page 3 of 3

Date Rcvd: Aug 21, 2023                     Form ID: 192                                   Total Noticed: 36

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2023                Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2023 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Adam D. Greenberg | on behalf of Creditor Christiana T C/F CE1/FirstTrust agreenberg@hgllclaw.com  btemple@hgllclaw.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Ilissa Churgin Hook | on behalf of Debtor Mohammad Altaful Huq ihook@hookandfatovich.com  fyablonsky@hookandfatovich.com |
| Karen E. Bezner | Kbez@bellatlantic.net  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com |
| Karen E. Bezner | on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@blankrome.com  bkgroup@kmllawgroup.com |
| Lauren Bielskie | on behalf of U.S. Trustee United States Trustee lauren.bielskie@usdoj.gov |
| Mitchell Malzberg | on behalf of Unknown Role Type Martin Demcak mmalzberg@mjmalzberglaw.com  dlapham@mjmalzberglaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9