UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on October 3, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Mohammad Altaful Huq

Case No.: 17-27607-CMG

Hearing Date: 10/3/2023

Judge: Christine M. Gravelle

Chapter: 7

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 3, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Karen E. Bezner, Trustee | $40,968.54 | $912.32 |

*rev. 7/1/04 jml*